EDWARD T. KLINE et al., Respondents, *v.* SALVATORE A. PANE, Appellant, et al., Defendants.

Submitted October 3, 1955; decided October 5, 1955.

*R. Waldron Herzberg* and *R. Monell Herzberg* for motion. No one opposed.

Motion to vacate order of Court of Appeals dated June 15, 1955, dismissing the appeal herein denied. If and when there be entered a new judgment which decrees foreclosure and dismisses the counterclaim, a new appeal may be taken therefrom.